UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

JUANA CASTILLO AVELAR                    CASE NO.  6:26-CV-00373 SEC P

VERSUS                                   JUDGE TERRY A. DOUGHTY

SCOTT LADWIG ET AL                       MAGISTRATE JUDGE LEBLANC

JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 10], together with the written and filed objection of Petitioner, Juana Castillo Avelar ("Petitioner") [Doc. No. 11], and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE** because Petitioner's claims are **MOOT**.

MONROE, LOUISIANA, this 23rd day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1